JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHI MODU, ) | Case No. CV 22-4296 FMO (PVCx) |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| AMAZON.COM, INC. et al, ) | |
| Defendant. ) | |

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 20, Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **December 29, 2022,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action with prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 14th day of November, 2022.

/s/
Fernando M. Olguin
United States District Judge